XAVIER BECERRA
Attorney General of California
RICHARD F. WOLFE
Supervising Deputy Attorney General
DOUGLAS E. BAXTER
Deputy Attorney General
State Bar No. 201351
JON S. TANGONAN
Deputy Attorney General
State Bar No. 216705
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone:  (619) 738-9567
 Fax:            (619) 645-2581
 E-mail:  Douglas.Baxter@doj.ca.gov
*Attorneys for Defendants Joseph Dugan and Paul Vue*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUANN V. BARRIO, individually and as successor in interest to Jonathan Wayne Barrio, ,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, THOMAS LEVAN, ERIC CLINTON, TIMOTHY PLUNKETT, JOSEPH DUGAN, PAUL VUE, and DOES 1 through 10, INCLUSIVE,<br><br>Defendants. | Case No.: 5:17-cv-02470-JGB-KK<br><br>**NOTICE OF MOTION AND MOTION BY DEFENDANTS JOSEPH DUGAN AND PAUL VUE TO DISMISS THIRD AMENDED COMPLAINT**<br><br>Date:           April 13, 2020<br>Time:           9:00 a.m.<br>Courtroom:  1<br>Judge:          The Honorable Jesus G. Bernal |

/ / /

/ / /

/ / /

/ / /

**TO PLAINTIFF LUANN BARRIO (BY AND THROUGH HER ATTORNEY OF RECORD):**

**PLEASE TAKE NOTICE** that on <u>April 13, 2020</u> , at the hour of <u>9:00 a.m.,</u> or as soon thereafter as the matter may be considered by the Honorable Jesus G. Bernal in Courtroom <u>1</u> of the Eastern Division of the United States District Court for the Central District of California (located at 3470 Twelfth Street, Riverside, CA 92501), Defendants Joseph Dugan and Paul Vue will and hereby do move to dismiss all claims against them in plaintiffs' Third Amended Complaint (ECF No. 56).

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, defendants Dugan and Vue move for dismissal on the grounds that all claims made against them in the Third Amended Complaint are time-barred under the two-year statute of limitations in California Code of Civil Procedure section 335.1. The claims do not relate back to any of the earlier versions of plaintiff's complaint under either state or federal law.

This motion will be based on this notice of motion and motion, the accompanying memorandum of points and authorities, the pleadings and papers on file in this action, and upon such further matters as may be presented to the court at the time of the hearing.

**MEET AND CONFER**

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place telephonically on January 24, 2020. In addition, an extension was granted for the parties to have additional time to meet and confer. On February 26, 2020, defense counsel sent an email to plaintiff's counsel with a copy of the Motion to Dismiss (ECF No. 89) filed by the Ridgecrest Police Officer defendants in this case. The email explained that defendants CHP Officers Joseph Dugan and Paul Vue would be making the same legal arguments in favor of their motion to dismiss.

The email invited further telephonic meet-and-confer discussions.  The parties have been unable to resolve the issues, so this Motion to Dismiss is being filed.

Dated:  March 2, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
RICHARD F. WOLFE
Supervising Deputy Attorney General


*/S/ DOUGLAS E. BAXTER*
DOUGLAS E. BAXTER
Deputy Attorney General
*Attorneys for Defendants*
*Joseph Dugan and Paul Vue*

SD2019703253
72176678.docx

# CERTIFICATE OF SERVICE

Case Name: **Luann Barrio v. County of San Bernardino**      Case No. **5:17-cv-02470-JGB-KK**

I hereby certify that on <u>March 2, 2020</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF MOTION AND MOTION BY DEFENDANTS JOSEPH DUGAN AND PAUL VUE TO DISMISS THIRD AMENDED COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>March 2, 2020</u>, at San Diego, California.

E. Empero
Declarant

*E. Emp*
Signature

SD2019703253
72177429.docx