**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 17-02470 JGB (KKx)** | Date | July 19, 2021 |
|---|---|---|---|
| Title | *Lu Ann V. Barrio v. County of San Bernardino, et al.* | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Phyllis A. Preson |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):

None present/Pro se not present

Attorney(s) Present for Defendant(s):

Shannon Lin Gustafson
Douglas E. Baxter
Brent J. Lehman

**Proceedings:**    **STATUS CONFERENCE**

A status conference convenes. Counsel for Defendants are present and make their appearances. There is no one present for plaintiff.

The Court dismisses the action as to all remaining Defendants for lack of prosecution.

**IT IS SO ORDERED.**